James J. Moran, appellee, v. Sam Bernstein and Sarah Bernstein, appellants. Gen. No. 7,091.

Forcible entry and detainer proceedings to recover possession of a storeroom after termination of lease and notice to quit. Judgment for plaintiff. Appeal from the Circuit Court of Bureau county; the Hon. Joe A. Davis, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed January 24, 1923.

· J. L. Spaulding, for appellants. J. T. Skinner and C. N. Hollerich, for appellee.

Mr. Justice Jett delivered the opinion of the court.